UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

George Washington

    v.                                    Case No. 15-cv-445-LM

FCI Berlin, Warden

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 17, 2017. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: November 9, 2017


cc:   George Washington, pro se
       Seth Aframe, Esq.